IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No.  4:08CR3132 |
| ) | |
| DARWIN LONG,    ) | |
| ) | |
| Defendant.    ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 12, now set for February 25, 2010, at 12:30 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 28th day of May, 2010, at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated February 23, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge